BEN MENDELSON, Respondent, v. HARRY HOROWITZ, Appellant.— Order, so far as appealed from, unanimously modified by striking out items 8 to 11, inclusive, and items 14 to 16, inclusive, of the notice of motion, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

SUE BRUST SIEGEL, Respondent, v. BENJAMIN SIEGEL, Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

EDWARD O. BOGERT, Respondent, v. MANUFACTURERS TRUST COMPANY, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. Bill of particulars to be served within ten days after service of order. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

NAT GLUCK, on His Behalf and on Behalf of All Other Stockholders of BRITISH TYPE INVESTORS, INC., Respondent, v. E. V. OTIS and Others, Respondents. WILLIAM O. SCHRADER, Petitioner, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

RUTH W. BOWERS, Respondent, v. RAY BOWERS, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of AARON RICH, Appellant, for a Writ of Habeas Corpus to Determine the Custody of ALAN WARREN RICH, Now Held by BEATRICE RICH KAMINSKY and ABRAHAM KAMINSKY, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

YONKERS BUILDERS' SUPPLY COMPANY, Appellant, v. P. T. COX CONTRACTING COMPANY, INC., Respondent, Impleaded with Others, Defendants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Martin, P. J., dissents and votes to modify by granting the motion to strike out the fourth defense in so far as the cost of bonding is concerned.

RAE KRAMER, Appellant, v. JACK KRAMER, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. Defendant may purge himself from contempt by paying two dollars a week on account of arrears in addition to the sum of five dollars weekly as provided in the judgment. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.